**MING XIN HE, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–72569.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 13, 2013.*

Filed Feb. 26, 2013.

Jisheng Li, Law Office of Jisheng Li, Honolulu, HI, for Petitioner.

Puneet Cheema, Trial, OIL, Corey Leigh Farrell, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GRABER, BYBEE, and CHRISTEN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Ming Xin He, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") decision affirming the immigration judge's denial of his applications for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Perez–Ramirez v. Holder*, 648 F.3d 953, 956 (9th Cir.2011), and we deny the petition.

Substantial evidence supports the BIA's finding that Petitioner's two detentions without physical harm do not rise to the level of past persecution. *See Gu v. Gonzales*, 454 F.3d 1014, 1020–21 (9th Cir. 2006) (holding that a 3–day detention and beating did not compel a finding of past persecution). Because Petitioner did not establish eligibility for asylum, it follows that he failed to meet the more stringent standard for withholding of removal. *See Zehatye v. Gonzales*, 453 F.3d 1182, 1190 (9th Cir.2006).

**DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.